# SheppardMullin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024

212.634.3059 direct
bmurphy@sheppardmullin.com

May 29, 2024

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Walton v. Marriott International, Inc.*, No. 24-CV-2297-AT

Dear Judge Torres:

    We represent Defendant Marriott International, Inc. ("Marriott"). We write with consent of Counsel to Plaintiff to request an extension of time for the Parties to submit a Case Management Plan and Joint Letter. The current deadline is May 29, 2024, and the requested extension is until June 4, 2024. This is the first request for an extension of this deadline. The requested extension will not affect any other deadlines.

    The reason for the request is that I am still investigating the facts related to this matter. The extension is necessary to accurately set forth Marriott's position in the Joint Letter.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: All Counsel of Record
SMRH:4855-1200-6339.1

GRANTED.

SO ORDERED.

Dated: May 30, 2024
       New York, New York

ANALISA TORRES
United States District Judge