**SheppardMullin**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/12/2024__

212.634.3059 direct
bmurphy@sheppardmullin.com

June 11, 2024

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Walton v. Marriott International, Inc.*, No. 24-CV-2297-AT

Dear Judge Torres:

We represent Defendant Marriott International, Inc. ("Marriott"). We submit this letter with the consent of Counsel to Plaintiff Gabrielle Walton ("Plaintiff") to request a stay of discovery until the Parties complete mediation.

This matter was referred to mediation and assigned Holly H. Weiss, Esq. as mediator on June 6, 2024. However, a Case Management Plan ("CMP") was entered on June 5, 2024. There are upcoming deadlines in the CMP, some of which are duplicative of discovery efforts that will be necessary in advance of mediation, and some of which may be unnecessary if mediation is successful. To best conserve the resources of the Parties, Parties hereby request that the Court stay all discovery, conferences, and other deadlines in the CMP until after the mediation concludes.

The Parties will provide a report to the Court within seven (7) days after all mediation efforts have concluded informing the Court that the mediation was successful or, alternatively, requesting that the stay be lifted and proposing a new scheduling order.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Brian D. Murphy*

Brian D. Murphy
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

All Counsel of Record

---

GRANTED. The parties' discovery deadlines shall be stayed pending the outcome of mediation. By **July 8, 2024**, the parties shall file a joint status update with respect to mediation.

SO ORDERED.

Dated: June 12, 2024
       New York, New York

ANALISA TORRES
United States District Judge